Hugh J. Begley, Appellant, *v.* Louis Weddigen et al., Copartners under the Firm Name of Louis Weddigen & Company, Respondents.

*Begley* v. *Weddigen*, 86 App. Div. 629, affirmed.
(Argued June 8, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 5, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Herbert T. Ketcham* and *Joseph E. Owens* for appellant.

*Alexander Blumenstiel* for respondents.

Judgment affirmed, with costs, on the ground that the contract is indefinite and does not cover the claims in suit; no opinion.

Concur: Parker, Ch. J., Bartlett, Martin, Vann, Cullen and Werner, JJ. Absent: Haight, J.

---

Rochester Folding Box Company, Respondent, *v.* George W. Browne et al., Appellants, Impleaded with Others.

*Rochester Folding Box Co.* v. *Browne*, 55 App. Div. 444, affirmed.
(Argued June 6, 1904; decided August 5, 1904.)

APPEAL from a judgment, entered August 5, 1902, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, affirming an interlocutory judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*C. D. Kiehel* for appellants.

*Elbridge L. Adams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Parker, Ch. J., Bartlett, Martin, Vann and Cullen, JJ. Absent: Haight, J. Taking no part: Werner, J.